**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **DEBORAH WAKEFIELD**, individually and on behalf of similarly situated persons<br><br>Plaintiff,<br><br> v.<br><br>**SOUTHERN ILLINOIS PIZZA, LLC**, and **NICHOLAS M. BURCH,**<br><br>Defendants. | **Case No. 3:22-cv-01262-GCS**<br><br>**Jury Demanded** |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Deborah Wakefield, by and through the undersigned counsel and pursuant to F.R.C.P. 41(a)(1)(A)(i), hereby represents that she voluntarily dismisses her claims against Southern Illinois Pizza, LLC, and Nicholas M. Burch in this action. Accordingly, Plaintiff hereby dismisses her claims against these Defendants in this action without prejudice and with each party to bear its own costs of court and attorneys' fees.

Respectfully submitted,

*/s/ Katherine Serrano*
**Katherine Serrano**
Texas Bar No. 24110764
**FORESTER HAYNIE, PLLC**
400 N. St. Paul Street Suite 700
Dallas, Texas 75201
(214) 210-2100 phone
(469) 399-1070 fax
kserrano@foresterhaynie.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on all parties of record via the Court's Electronic Filing System and in accordance with the Federal Rules of Civil Procedure.

*/s/ Katherine Serrano*
**Katherine Serrano**